IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ARBITRON, INC. | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-07-551 |
| SUPER MAX WAKX FM, INC., et al. | * | |
| Defendants | * | |

* * * * * * * * *

JUDGMENT ORDER

By separate Order issued this date, the Court has granted Plaintiff summary judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Plaintiff Arbitron, Inc against Defendants Super Max WAKX FM, Inc. And Super Max WKKB FM, Inc. in the principal amount of $257,603.66, with prejudgment interest in the amount of $14,830.70, attorney fees in the amount of $40,865.15, plus judgment interest with all assessable costs.

2. The said Defendants are jointly and severally liable on this Judgment.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Monday, September 10, 2007.

/ s /
Marvin J. Garbis
United States District Judge

I hereby attest and certify on Oct 12, 2007 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody

FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By ______________ Deputy