UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **ARBITRON, INC.** | : | |
| | : | |
| **VS.** | : | **C.A. NO.:** |
| | : | |
| **SUPER MAX WAKX FM, INC.** | : | |
| **SUPER MAX WKKB FM, INC.** | : | |

**AFFIDAVIT**

I, Marc D. Wallick, under oath depose and say:

1. That I am attorney of the above-named Plaintiff.
2. The Defendants, Super Max WAKX FM, Inc. and Super Max WKKB FM, Inc., are corporations duly organized under the laws of the State of Rhode Island located at 1185 North Main Street, Providence, Rhode Island 02904.
3. Plaintiff, Arbitron, Inc., is located at 9705 Patuxent Woods Drive, Columbia, Maryland 21046.
4. That on December 18, 2007, I sent notice to the Defendant that the Foreign Judgment was filed with this Honorable Court, a copy of which is attached hereto.

Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888
(401) 461-0100

STATE OF RHODE ISLAND
COUNTY OF KENT

Subscribed and sworn to before me on this 18th day of December, 2007

*FJ*

NOTARY PUBLIC
CATHERINE D. BROWN
My Commission Expires 7-23-09