**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ARBITRON, INC.** | : | [redacted] |
| **VS.** | : | **C.A. NO.:** |
| **SUPER MAX WAKX FM, INC.**<br>**SUPER MAX WKKB FM, INC.** | : | MISC 07 97 ML |

**NOTICE OF FILING FOREIGN JUDGMENT**

TO: Super Max WAKX FM, Inc.
Super Max WKKB FM, Inc.
1185 North Main Street
North Providence, Rhode Island 02904

Please be advised that the enclosed Judgment has been filed with the Clerk of the United States District Court, 2 Exchange Street, Providence, RI 02903 on the 18 day of December, 2007. The Judgment in question was awarded to Arbitron, Inc., located at 9705 Patuxent Woods Drive, Columbia, Maryland 21046.

ARBITRON, INC.
By Its Attorney,

Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888
(401) 461-0100