**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ARBITRON, INC.**

**VS.** **C.A. NO.:** 07 mc 97

**SUPER MAX WAKX FM, INC.**
**SUPER MAX WKKB FM, INC.**

**AFFIDAVIT**

I, Marc D. Wallick, under oath depose and say:

That notice of filing of the Foreign Judgment was sent to the Defendant on the 18th day of December, 2007.

2. That said notice was received by the Defendant on the 20 day of December, 2007 as shown by the return receipt card, attached hereto.

3. That said notices sent regular mail to Defendant at 1185 North Main St., North Providence, RI 02904, have not been returned to date.

Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888
(401) 461-0100

STATE OF RHODE ISLAND
COUNTY OF KENT

Subscribed and sworn to before me on this 27th day of December, 2007

Notary Public

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Super Max WAKX FM, Inc.
Super Max WKKB FM, Inc.
1185 North Main Street
North Providence, RI 02904

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PARK STAT DEC 20 2007 02904-9712

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7006 2760 0001 5985 7946

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540