**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ARBITRON, INC.**

**VS.** **C.A. NO.: 07MC97**

**SUPER MAX WAKX FM, INC.**
**SUPER MAX WKKB FM, INC.**

**AFFIDAVIT**

I, Marc D. Wallick, under oath depose and say:

1. I am the attorney of record as it relates to the above referenced Plaintiff and duly qualified to practice before this Court.

2. That the Plaintiff on the 18th of December, 2007 filed a Notice of Foreign Judgment at which time a certified copy of a Judgment for Registration from the United Stated Federal District of Maryland was filed with this Court.

3. Notice was sent to the Defendant on the 19th of December 2007 and to date, no response has been received.

4. Pursuant to Local Civil Rule 69(b), the outstanding balance due on the Judgment is currently Three Hundred Seventeen Thousand, Nine Hundred Ninety Six and 55/100 ($317,996.55) Dollars.

5. That demand has not been made to date nor any payments recovered since it is the Plaintiff's intent to obtain Judgment in Rhode Island and domesticate same with the State Court, which will allow the Plaintiff to pursue post Judgment remedies available to it through state procedures.

Marc D. Wallick, Esq. #2152
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888
(401) 461-0100

State of Rhode Island
County of Kent

Subscribed and sworn to before me on this 5 day of January, 2008.

Notary Public

NOTARY PUBLIC
CATHERINE D. BROWN
My Commission Expires 7-23-09

rc docs/aff-arbitron